IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT VON DER WERTH,<br><br>    Plaintiff,<br><br>  v.<br><br>JOHNS MANVILLE CORP.,<br><br>    Defendants.<br>_____/ | No. C 07-01456 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

This matter is set for a hearing on August 17, 2007 on the motion to transfer filed by defendants Masco Corporation and Masco Contractor Services ("Masco"). The Court HEREBY ORDERS that any opposition briefs to this motion shall be due by Friday, June 29, 2007 and Masco's reply, if any, shall be due by Friday, July 6, 2007.

If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

**IT IS SO ORDERED.**

Dated: June 14, 2007

                                                      JEFFREY S. WHITE<br>
                                                      UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California