| | |
|---|---|
| 1 | LATHAM & WATKINS LLP |
| |    Holly J. Tate (Bar No. 237561) |
| 2 | 505 Montgomery Street, Suite 2000 |
| | San Francisco, California 94111-2562 |
| 3 | Telephone: 415-391-0600 |
| | Facsimile: 415-395-8095 |
| 4 |    Margaret M. Zwisler (D.C. Bar No. 245951) |
| |    William R. Sherman (D.C. Bar No. 423431) |
| 5 |    Allyson M. Maltas (D.C. Bar No. 494566) |
| | 555 Eleventh Street, N.W., Suite 1000 |
| 6 | Washington, D.C. 20004-1304 |
| | Telephone: 202-637-2200 |
| 7 | Facsimile: 202-637-2201 |
| 8 | Attorneys for Defendants |
| | MASCO CORPORATION AND MASCO |
| 9 | CONTRACTOR SERVICES |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ALBERT VON DER WERTH, | Case No. C-07-1456 JSW |
| Plaintiff, | CLASS ACTION |
| v. | [**PROPOSED**] ORDER GRANTING STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE AND ASSOCIATED DEADLINES |
| JOHNS MANVILLE CORPORATION; JOHNS MANVILLE INTERNATIONAL; CERTAINTEED CORPORATION; KNAUF INSULATION GMBH; GUARDIAN FIBERGLASS, INC.; GUARDIAN BUILDING PRODUCTS DISTRIBUTION, INC.; MASCO CORPORATION AND MASCO CONTRACTOR SERVICES, | Judge: Hon. Jeffrey S. White |
| Defendants. | |

//

//

//

//

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
WASHINGTON, D.C.

[PROPOSED] ORDER GRANTING STIPULATED REQUEST TO
CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND
ASSOCIATED SUBMISSIONS CASE NO. C-07-1456 JSW

1     PURSUANT TO THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: June 14, 2007

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE

2

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATED REQUEST TO CONTINUE INITIAL
CASE MANAGEMENT CONFERENCE AND ASSOCIATED
SUBMISSIONS CASE NO. C-07-1456 JSW